IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION FILE |
| CHARLES RAY PENNEY, | NO. 4:18-CR-0002-HLM-WEJ |
| Defendant. | |

### NON-FINAL REPORT AND RECOMMENDATION

The undersigned conducted an evidentiary hearing [95] on July 11, 2019, on Defendant's Motion to Suppress Statements [23].  Testimony from HSI Special Agent David Nalley showed that Mr. Penny was informed of his Miranda rights and that he knowingly and voluntarily waived those rights and answered questions from agents (an audio recording of which is in the record Gov't Ex. 1). Mr. Penny also signed a written waiver of his Miranda rights (Gov't Ex. 2). Given the above testimony and exhibits, the undersigned **RECOMMENDS** that Defendant's Motion [23] be **DENIED**.

**SO RECOMMENDED**, this 11th day of July, 2019.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE