IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 4:18-CR-0002-LMM-WEJ |
| CHARLES RAY PENNEY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R") [97], which recommends that Defendant's Motion to Suppress Statements [23] be denied. No objections have been filed in response to the Magistrate's Report and Recommendation. Having reviewed the R&R, it is received with approval. The Court therefore **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. Defendant's Motion to Suppress Statements [23] is **DENIED.**

The trial in this action is hereby set to begin on **Tuesday, December 10, 2019 at 9:30 A.M.** in Courtroom 2107. The pretrial conference will be held on Tuesday, December 3, 2019 at 9:30 A.M. in Courtroom 2107. By noon on Tuesday, November 19, 2019, the parties are to file the following: motions *in limine* and proposed *voir dire* questions. By noon on Tuesday, November 19,

2019, the Government must file a brief summary of the indictment that the parties can rely on for *voir dire.* By noon on Tuesday, November 26, 2019, the parties are to file responses to motions *in limine* and any objections and to those items listed above.

Excludable time is allowed through December 10, 2019, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), to give counsel for Defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served outweigh the best interest of the public and the Defendant in a speedy trial and are consistent with both the best interest of the public and individual justice in this matter.

**IT IS SO ORDERED** this 15th day August, 2019.

_____
**Leigh Martin May**
**United States District Judge**